UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MAISOON RENICK, personal representative
of the Estate of SELENA PEREZ,

        Plaintiff,                         Case Number 23-12113

v.                                           Honorable David M. Lawson

DEARBORN HEIGHTS SCHOOL DISTRICT
#7, AARON MOLLETT, and DR. TYRONE
WEEKS,

        Defendants.
_____/

## JUDGMENT

In accordance with the order entered on this date, it is **ORDERED AND ADJUDGED** that Counts III and IV of the complaint based on federal law are **DISMISSED WITH PREJUDICE**, Counts I and II of the complaint based on state law are **DISMISSED WITHOUT PREJUDICE**.

                                                          s/David M. Lawson
                                                          DAVID M. LAWSON
                                                          United States District Judge

Dated:   January 16, 2025